**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*if known*): _____ Chapter _____

❑ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    _____

2. **All other names debtor used
   in the last 8 years**    _____

   Include any assumed names,    _____
   trade names, and *doing business*    _____
   *as* names    _____

3. **Debtor's federal Employer
   Identification Number** (EIN)    80  – 0943522

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| _____ | _____ |
| Number       Street | Number       Street |
| | _____ |
| | P.O. Box |
| _____ | _____ |
| City              State      ZIP Code | City              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| _____ | _____ |
| County | Number       Street |
| | _____ |
| | _____ |
| | City              State      ZIP Code |

5. **Debtor's website** (URL)    _____

Debtor _____    Case number (*if known*)_____
　　　　　Name

| | |
|---|---|
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding  LLP) |
| | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6215

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____   Case number (*if known*) _____
                    Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☐ Yes.  District _____  When _____  Case number _____
                                                    MM / DD / YYYY

         District _____  When _____  Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                         MM / DD / YYYY

         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

         _____

         _____   _____
         City                            State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

**Statistical and administrative information**

| Debtor | BIOCEPT, INC. | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ■ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ■ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10 /13/2023
                 MM / DD / YYYY

✖ *Antonino Morales*                    ANTONINO MORALES
Signature of authorized representative of debtor        Printed name

Title   PRESIDENT & CEO, BOARDMEMBER

---

Debtor _____    Case number (*if known*)_____
      Name

18. **Signature of attorney**    ✗   */s/ Matthew P. Ward*          Date    _____
               Signature of attorney for debtor          MM   / DD  / YYYY

               _____
               Printed name

               _____
               Firm name

               _____
               Number      Street

               _____    _____  _____
               City                                      State      ZIP Code

               _____    _____
               Contact phone                  Email address

               _____    _____
               Bar number                      State

UNANIMOUS WRITTEN CONSENT
OF
THE BOARD OF DIRECTORS
OF
BIOCEPT, INC.

DATED AS OF OCTOBER 12, 2023

THE UNDERSIGNED, constituting all the members of the Board of Directors (the "Board") of Biocept, Inc., a Delaware corporation (the "Corporation"), acting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware and Article III, Section 10 of the Corporation's Bylaws, do hereby consent to the following resolutions in lieu of a meeting with the same force and effect as if adopted at a duly held meeting of the Board and with the direction that this Written Consent of the Board (this "Consent") be filed in the minute book of the Corporation:

WHEREAS, the Board has evaluated the Corporation's assets, liabilities, and liquidity situation, as well as the strategic alternatives available to the Corporation, and the impact of the foregoing on the Corporation's business;

WHEREAS, the Board has consulted with the Corporation's management and legal, financial, and other professional advisors, and has reviewed, considered, and received the recommendations of the foregoing parties with respect to potential avenues for relief that are available to the Corporation, including the possibility of pursuing a liquidation of the Corporation's business and assets under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Board has determined that it is desirable and in the best interests of the Corporation and its creditors, employees, stockholders, and other interested parties that a petition be filed by the Corporation, seeking relief under the provisions of Chapter 7 of the Bankruptcy Code.

NOW THEREFORE, BE IT RESOLVED, that the Corporation is hereby empowered, authorized, and directed to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in a court of proper jurisdiction (the "Chapter 7 Proceeding");

RESOLVED FURTHER, that the members of the Pricing Committee, which is currently comprised of directors Bruce E. Gerhardt, Dr. Ivor Royston, and Antonino Morales (each, an "Authorized Person" and collectively, the "Authorized Persons"), are, and each of them acting individually is, hereby appointed as the Corporation's authorized representatives, and in such capacity, the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby empowered, authorized, and directed to execute and file on behalf of the Corporation, all petitions, schedules, lists, applications, pleadings, and other motions, papers, agreements, consents, or documents, and to take any and all action that they deem necessary or proper in connection with the Chapter 7 Proceeding, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that the law firm of Womble Bond Dickinson (US) LLP is hereby empowered, authorized, and directed to represent the Corporation as its general bankruptcy counsel, and to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including the preparation of pleadings and filings, and in connection therewith, the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby empowered, authorized, and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Womble Bond Dickinson (US) LLP;

RESOLVED FURTHER, that the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby empowered, authorized, and directed to employ any other individual and/or firm as professionals, consultants, or advisors to the Corporation, as are deemed necessary to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby empowered, authorized, and directed to execute appropriate retention agreements, pay appropriate retainers, if required, and to cause to be filed an appropriate application for authority to retain the services of any such individual and/or firm;

RESOLVED FURTHER, that any and all acts done or taken by the Authorized Persons (or their delegates) or any of the Corporation's retained professionals to seek relief on behalf of the Corporation under Chapter 7 of the Bankruptcy Code, including in connection with the Chapter 7 Proceeding, or any matter related thereof or in furtherance of these resolutions, are hereby adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation;

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons (and their delegates) are, and each of them acting individually is, hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including filing fees, in each case as the Authorized Officers shall determine to be necessary or desirable in order to fully carry out the intent and accomplish the purposes of these resolutions and to effect the liquidation of the Corporation, the execution of any such document or the taking of such action to be conclusive evidence of such determination; and

RESOLVED FURTHER, that this Consent may be executed and delivered in multiple counterparts and via facsimile or other electronic means, each of which shall constitute an original document, but all of which taken together shall constitute but one instrument, and each counterpart shall be effective with respect to each person signing it, even if another person whose signature is contemplated hereunder does not sign the same counterpart.

*[Remainder of page intentionally left blank. Signature page follows.]*

2

*     *     *

IN WITNESS WHEREOF, the undersigned have executed and delivered to the Corporation this Consent to be effective as of the date first set forth above.

**DIRECTORS**

Marsha A. Chandler                                            Date: 10/12/2023

Quyen Dao-Haddock                                            Date: 10/12/2023

Bruce E. Gerhardt                                            Date: 10/12/2023

Antonino Morales                                            Date: 10/12/2023

Dr. Ivor Royston                                            Date: 10/12/2023

Linda Rubinstein                                            Date: 10/12/2023

3

**United States Bankruptcy Court**
**District of Delaware**

In re **Biocept, Inc.**                                                          Case No._____
                                    Debtor(s)            Chapter **7**_____

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Biocept, Inc.** in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 13, 2023**_____            ***/s/ Matthew Ward***_____
Date                                             Matthew P. Ward
                                                 Signature of Attorney or Litigant

                                                 Counsel for Biocept, Inc.
                                                 Womble Bond Dickinson (US) LLP
                                                 1313 North Market Street
                                                 Suite 1200
                                                 Wilmington, DE 19801
                                                 302-252-4230 Fax: 302-252-4330
                                                 Matthew.Ward@wbd-us.com

**United States Bankruptcy Court**
**District of Delaware**

In re **Biocept, Inc.**                                                    Case No._____

                                              Debtor(s)        Chapter **7**_____

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

**October 13, 2023**_____                    **/s/ Antonino Morales**_____
Date                                             Antonino Morales

Abbott Laboratories, Inc.
PO Box 92679
Chicago, IL 60675-2679


Adversalo Sean Michael Ajolo
44805 Bananal Way
Temecula, CA 92592

Ahlee Backflow Service, Inc
9920 Prospect Ave. Suite 104
Santee, CA 92071


Air-Vac Systems, Inc.
242 Denny Way
El Cajon, CA 92020


American Express
Box 0001
Los Angeles, CA 90096-8000


Amur Equipment Finance
304 W 34d St
Grand Island, NE 68801


Amur Equipment Finance
308 N Locust St
Grand Island, NE 68801


Andrade Beatriz
4630 Zion Ave. #14
San Diego, CA 92120


Anthem C/O Lamont Hanley & Associate
1138 Elm St.
Manchester, NH 03105

Aon Consulting, Inc.
29695 Network Place
Chicago, IL 60673-1296


Apex Mechanical Systems, Inc
7440 Trade Street Suite A
San Diego, CA 92121


Arsenio June M
1767 Saint Stefan Terrace
San Marcos, CA 92069


ASPYRE Partners LLC
11622 El Camino Real, Suite 100
San Diego, CA 92130


Attn: Tammy Le
9955 Mesa Owner LLC
18881 Von Karman Ave. Ste. 400
Irvine, CA 92612


Balangcod Icelee Jean G
2106 Calle Serena
San Diego, CA 92139


Banez Hannah H
8962 Helen James Ave
San Diego, CA 92126


Bank of West
180 Montgomery Street
San Francisco, CA 94104


Bank of the West
475 Sansome St.
San Francisco, CA 94111

Bay City Electric Works
13625 Danielson Street
Poway, CA 92064


Beckman Coulter
Dept. CH 10164
Palatine, IL 60055-0164


Beyond Benefits Trust
c/o Marsh & McLennan Agency LLC
9171 Towne Ctr Dr, Ste 500
San Diego, CA 92138-7610


Biocept Inc.
9955 Mesa Rim Road
San Diego, CA 92121


Biocept, Inc.
8001 Birchwood Court
P.O. Box 2000
Johnston, Iowa 50131


Biocom California
10996 Torreyana Rd.
San Diego, CA 92121-1105


Bioview Inc
C/O Insource Services, Inc.
148 Linden Street
Wellesley, MA 02482


Black Brittany Ashley
1467 Law St
San Diego, CA 92109


Blouw Barbara
4421 Pocahontas Ave
San Diego, CA 92117

Blue Planet Drains & Plumbing Inc.
2252 Main Street Suite #12
Chula Vista, CA 91911


Borton Petrini, LLP.
PO Box 2026 5060 California Ave. Suite 700
Bakersfield, CA 93303-2026


Bright Point Solutions, LLC
1204 Village Market Pl Suite 240
Morrisville, NC 27560-7508


Broadvoice c/o Syndeo LLC
PO Box 31001-3150
Pasadena, CA 91110-3150


Brown Conseeta W
6850 Mission Gorge Rd. #2335
San Diego, CA 92120


Bruce Jaime Andrew
28398 Alamar Road
Valley Center, CA 92082


Cali State Paving, Inc
8207 Arlington Avenue
Riverside, CA 92503


Caresfield, LLC
Dept CH 17958
Palatine, IL 60055-7958


Corwin Ann
1155 Camino Del Mar #462
Del Mar, CA 92014

Carrera Jazmin Bernice
29818 Rose Blossom Dr
Murrieta, CA 92563


Cavella David Francis
9270 Amys St. #22
Spring Valley, CA 91977


CFGI Holdings, LLC
PO Box 791561
Baltimore, MD 21279-1561


Chamberlain Lisa Marie
12933 Caminito Bodega
Del Mar, CA 92014


Chandler Marsha
302 Prospect Street
La Jolla, CA 92037


Cho Leslie H
3550 Lebon Drive Unit 6217
San Diego, CA 92122


Chorus Call, Inc.
P O Box 3830
Pittsburg, PA 15230


Cintas
PO Box 631025
Cincinnati, OH 45263-1025


Cintas Corp #055
PO Box 29059
Phoenix, AZ 85038-9059


City National Bank-VISA

Credit Card Processing Center File 1355
Pasadena, CA 91199-1355


City of San Diego
P.O. Box 129030
San Diego, CA 92112-9030


City Treasurer
Public Utilities Department
PO Box 129020
San Diego, CA 92112-9020


Clear Hussol LLC
10606 Camino Ruiz Ste 8-309
San Diego, CA 92126


Coffee Ambassador Inc.
7920 Arjons Drive Suite A
San Diego, CA 92126


Collins + Collins, LLP
790 E. Colorado Blvd., Suite 600
Pasadena, CA 91101


Complete Office of CA., Inc.
12724 Moore St.
PO Box 4318
Cerritos, CA 90703


Computer Packages, Inc.
11 N. Washington Street, Suite 300
Rockville, MD 20850


Comyns, Smith, McCleary & Deaver LLP
1777 Botelho Drive Suite 350
Walnut Creek, CA 94596

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693


Continental Stock Transfer & Trust Company
One State Street Plaza, 30th Floor
New York, NY 10004


Cooley LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004


Corkos Pericles A
5058 Park West Ave
San Diego, CA 92117


Corodata Records Management
PO Box 842638
Los Angeles, CA 90084-2638


Cortes Jesus R
31995 Violet Dr
Winchester, CA 92596


Cortez David
1260 W. San Ysidro Blvd Apt 15
San Ysidro, CA 92173


Cress & Company Inc.
Doug Cress
1299 Fairfield Beach Road
Fairfield, CT 06824


Crestmark Equipment Finance
40950 Woodward Avenue Suite 201
Bloomfield Hills, MI 48304

Cruz Rita C.
6253 Division Street
San Diego, CA 92114


David Danika Loresto
28398 Alamar Rd
Valley Center, CA 92082


Dao-Haddock Quyen
9870 Celita Court
Santee, CA 92071


De Lage Landen Financial Services In
P.O. Box 41602
Philadelphia, PA 19101-1602


De Lage Laden Financial Services
8001 Birchwood Court, P.O. Box 2000
Johnston, Iowa 50131


Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904


Delgado Mirna P
478 Satinwood Way
Chula Vista, CA 91911-5630


Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services
1 Dell Way
Round Rock, TX 78682

Dobbins Kimberly Ann
840 High Pointe Circle
Pittsburgh, PA 15220


Donnelley Financial Solutions
PO Box 842282
Boston, MA 02284-2282


Dugan Michael Crawford
3966 Aladdin Drive
Huntington Beach, CA 92649


Dumayas Crelinda G
17161 Alva Rd #1021
San Diego, CA 92127


Ecological Technology Company
5551 Ridgebury Dr.
Huntington Beach, CA 92649


EDCO Disposal Corp.
PO Box 6887
Buena Park, CA 90622-6887


Ensign Dick
3610 Harvard Dr
Oceanside, CA 92056


FactSet Research Sys
45 Glover Ave
Norwalk, CT 06850


Federal Express
PO Box 7221
Pasadena, CA 91109-7321

Figueroa Juan Jose
184 Espanias Gln.
Escondido, CA 92026


First Insurance Funding Corp
PO Box 7000
Carol Stream, IL 60197-7000


Fisher Deanna
44386 Nighthawk Pass
Temecula, CA 92592


Fisher Scientific
PO Box 50129
Los Angeles, CA 90074-0129


FrontRunner
36 Cordage Park Circle Suite #302
Plymouth, MA 02360


Ulanday Rheanne Frances Garcia
425 Green Gables Ave
Las Vegas, NV 89183


Garcia Cindy Elizabeth
215 Zenith St.
Chula Vista, CA 91911


Gerhardt Bruce
1800 Burgundy Rd
Encinitas, CA 92024


GL Technologies, LLC
4204 Sorrento Valley Blvd. Ste L
San Diego, CA 92121

Glacier Strategies LLC
16769 Bernardo Center Drive Suite 1-360
San Diego, CA 92128


Gonzalez Eden Adele
2219 1/2 S. Lanoitan Ave.
National City, CA 91950


Goodman Randy H
135 Beck Rd
Avon Lake, OH 44012


Granite Telecommunications, LLC
P O Box 841304
Boston, MA 02284


Guillen Abijail
1372 Nicolette Ave, Unit 1634
Chula Vista, CA 91913


Guzman Kevin Cruz
132 Sumatra Lane
San Diego, CA 92114


Hadley Michael Mckee
33034 Elisa Drive
Dana Point, CA 92629


Hallahan Shari Michele
13754 Boquita Dr
Del Mar, CA 92014


Hamilton Company
PO Box 10030
Reno, NV 89520-0012


Hansen Elliott

4470 Euclid Ave
San Diego, CA 92115


Hathaway Victoria Grace
1822 Lisbon Lane
El Cajon, CA 92019


Hathaway Jacob Garett
1822 Lisbon Lane
El Cajon, CA 92019

Hernandez Almendra
427 9th Avenue Unit 802
San Diego, CA 92101


Hernandez Alyxus Mary
44354 Dorchester Dr.
Temecula, CA 92592


Hernandez Ary
444 Anita St.
Chula Vista, CA 91911


Hewlett Packard Financial Services
200 Connell Drive, Ste 5000
Berkeley Heights, NJ 07922


Hsiao Hao-Ching
10858 Aderman Ave Apt 157
San Diego, CA 92126


Hua Shiyi
3717 Nobel Drive #1120
San Diego, CA 92122


Hudonis Vadym
1445 K St
San Diego, CA 92101

Huynh Lan
10948 Bali Lane
San Diego, CA 92126


ICON Clinical Research Ltd
South Country Business Park
Leopardstown
DUBLIN 18 IRELAND


Ingenium Group, LLC
PO Box 849700
Los Angeles, CA 90084-9700


Insightsoftware
PO Box 200386
Pittsburgh, PA 15251-0386


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IntuVigilance
99 Church Street
Rickmansworth
WD3 3BB
HERTFORDSHIRE, UK


Jackson Immuno Research Labs
872 West Baltimore Pike
West Grove, PA 19390


Isley David
17406 Matinal Road, 5521
San Diego, CA 92127


Jara Valeria

2274 Gill Village Way #1307
San Diego, CA 92108


Johns Hopkins University Central Loc
12529 Collections Center Drive
Chicago, IL 60693


Johnston Paige
2516 Columbine Dr
Alpine, CA 91901


Kaminsky Margarita B
1947 Bluebell Lane
Fallbrook, CA 92028


Karlander David Karl
4180 Twilight Ridge
San Diego, CA 92130


Kelly Services
PO Box 31001-0422
Pasadena, CA 91110-0422


Kennedy Megan Kate
432 Edgehill Lane, Unit 117
Oceanside, CA 92054


Kennedy Timothy
14881 Golden Sunset Ct
Poway, CA 92064


King Taylor Joseph
4670 Sunburst Road
Carlsbad, CA 92008


LabTag (GA International)
PO Box 2633

Champlain, NY 12919


LabPath Consulting
105 4th Street E.
Tierra Verde, FL 33715


Laysan Bio, Inc.
1560 Tower Drive
Arab, AL 35016


Lee Zosalia C
11521 Windcrest Ln, #63
San Diego, CA 92128


Licudine Alyssa
8821 Briar Bay Dr.
Las Vegas, NV 89131


Licudine Kaeshon
4217 Great Egret Lane
Las Vegas, NV 89084


Life Technologies Corp.
c/o Bank of America
12088 Collection Center Dr.
Chicago, IL 60693-0120


Lightning Messenger Express
PO Box 12424
San Diego, CA 92112-3424


Lippert Heilshorn & Associates, Inc.
800 Third Avenue 17th Floor
New York, NY 10022


Logan Tracye Ann
14566 Indian Trails Circle

Diberville, MS 39540

Maddara Michael
7428 Healis Place
San Diego, CA 92129

Managed Solution
1775 Hancock Street
San Diego, CA 92110

Marchand Philippe
11713 Eastfield Rd
Poway, CA 92064

Marsh & McLennan Agency LLC
Lockbox 740663
Los Angeles, CA 90074

Maruca Liz D
2534 West Ranch St Apt 103
Carlsbad, CA 92010

Matira Carolina C
6253 Division St
San Diego, CA 92114

Matrix Imaging Solutions LLC
Attn: Postage Accounting
6341 Inducon Dr. East
Sanborn, NY 14132-9016

Matsutani Mariko
4901 33rd St
San Diego, CA 92116

McMaster Carr Supply Co
P.O. Box 7690

Chicago, IL 60680-7690


Microsoft
One Microsoft Way
Redmond, WA  98052


Mitchell Christine
11866 C-Scripps Creek Dr
San Diego, CA 92131


Montazer Arni V
3255 Beven Drive
Escondido, CA 92027


Moore Gene
28628 Myers Country Ln.
Valley Center, CA 92082


Morales Antonino
PO Box 235438
Encinitas, CA 92023


Mosqueda Victor
3584 Janse Way
San Ysidro, CA 92173


Moss Adams
PO Box 101822
Pasadena, CA 91189-1822


Moya Helen
3015 Redford Pl
San Diego, CA 92139


Myriad Industries
3454 E Street
San Diego, CA 92102

Nall Michael W
32242 Azores Road
Dana Point, CA 92629


Naluz Katrina Rose
12604 Oak Knoll Rd. Apt I-15
Poway, CA 92064


National Comprehensive Cancer Network
3025 Chemical Road, Suite 100
Plymouth Meeting, PA 19462


Ngo Brian H
26261 Carmel Street
Laguna Hills, CA 92656


Nguyen Adora Marie Tamayo
9845 Mira Lee Way
San Diego, CA 92126


Nibungco Aj Allexis Llovit
6530 Plaza Blvd
San Diego, CA 92114


Nothum Mary A
9486 S Candle Tree Lane
Sandy, UT 84092


Occupational Services, Inc.
6397 Nancy Ridge Drive Suite B
San Diego, CA 92121


ODP Business Solutions, LLC
PO Box 29248
Phoenix, AZ 85038-9248

Office of The U.S. Trustee for the District of Delaware
844 N King St #2207
Lockbox 35
Wilmington, DE 19801


Ogden Karlena Rose
13913 Wildcat Canyon Rd
Lakeside, CA 92040


Ohlweiler Robert James
6322 Encanto Drive
Carlsbad, CA 92009


Ondrasek Kelly Kreitzburg
7617 Desert Needle Drive
Lago Vista, TX 78645


OPTUM Financial
PO Box 271629
Salt Lake City, UT 84127-1629


Oxford Gene Technology Inc
Dept CH 19388
Palatine, IL 60055-9388


Pacific Rim Mechanical
9125 Rehco Rd.
San Diego, CA 92121


Parsons Donel Lee
752 E. Mission Ave. Apt. A
Escondido, CA 92025


Patent Success Strategies
505 North Willowspring Drive
Encinitas, CA 92024

Paternostro Antonio John
10527 Versailles Blvd
Wellington, FL 33449


Path Tec LLC
Dept 730079
P.O. Box 660919
Dallas, TX 75266-0919


Pawnee Leasing Co
3801 Automation Way
Fort Collins, CO 80525


Paycom
600 B Street #2480
San Diego, CA 92101


Perez Jeanne Marie
26 Cousteau Lane
Ladera Ranch, CA 92694


Pestgon Inc.
3612 Ocean Ranch Blvd.
Oceanside, CA 92056


Peters John Vernon
3759 Caldera Place
Carlsbad, CA 92010


Pircher Emilia Shirin
8490 Lower Scarborough Ct
San Diego, CA 92127


Pircher Tony
8490 Lower Scarborough Ct
San Diego, CA 92127

PrintStar
8504 Commerce Ave
San Diego, CA 92121


Priya Kumthekar
1019 West Monroe Unit 1W
Chicago, IL 60607


Provident Life And Accident Ins. Co.
Individual Business Operations
PO Box 740592
Atlanta, GA 30374-0592


Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711-1210


QAD, Inc.
15979 Collections Center Dr.
Chicago, IL 60693


Qiagen Inc.
P.O. Box 5132
Carol Stream, IL 60197-5132


Rapp Anastasiya
3661 43rd Street
San Diego, CA 92105


Regence Blue Shield
C/O Claims Refund/Recovery
PO BOX 3016
Tacoma, WA 98401-3016


REMX
PO Box 512007
Los Angeles, CA 90051-0007

Rena Ezekiel Tamayo
11056 Delphinus Way
San Diego, CA 92126


Rhamy Constance
8545 Matterhorn Drive
Santee, CA 92071


Riccitelli Samuel D
1135 Via Di Felicita
Encinitas, CA 92024


Rich Karina Anya
11960 Halfoak Terrace
San Diego, CA 92128


Ringrose Lori Stephanie
5240 Dante Street
San Diego, CA 92117


Rodriguez Justino Juan
754 Creekside Pl.
Chula Vista, CA 91914


Rodriguez Amelita Tolentino
754 Creekside Place
Chula Vista, CA 91914


Roudebush Brittany Marie
345 Springtree Place
Escondido, CA 92026-1417


Royston Ivor
7979 Ivanhoe Ave
La Jolla, CA 92037

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674


Rubinstein Linda
2908 Baker St
San Francisco, CA 94123


Russo Davina L
735 Southgate Ct.
Oceanside, CA 92057


Saghbini Michael G
12830 Via Del Toro
Poway, CA 92064


Saghir Jamil
10304 Wateridge Circle Unit 263
San Diego, CA 92121


Saint John's Cancer Institute
LB 1132 PO Box 35143
Seattle, WA 98121-5143


Salac Michael Malveda
6789 Cielo Drive
San Diego, CA 92114


Sales Edgar V
1255 Bellingham Dr
Oceanside, CA 92057


San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111

Sarstedt, Inc.
PO Box 468
Newton, NC 28658-0468


Schmidt Erica Angela
9120 Judicial Drive, Unit 7214
San Diego, CA 92122


SDTTC
PO BOX 129009
San Diego, CA 92112


Secretary of State Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903


Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022


Sellers Kim L
5001 Kilkee St
San Diego, CA 92117


Sharp Business Systems
Dept. LA 21565
Pasadena, CA 91185-1565


Siemens Industry Inc.

c/o Citibank(Bldg Tech)
PO Box 2134
Carol Stream, IL 60132-2134


Sigma Aldrich, Inc.
PO Box 535182
Atlanta, GA 30353-5182


Smith Stephanie Lynn
2722 Caulfield Drive
San Diego, NC 92154


Spear Cheryl Ann
5365 Blackberry Way
Oceanside, CA 92057


Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288


Strategic Information Group LLC
PO Box 6552
Pasadena, CA 91109-6568


Sumitomo Mitsui Finance & Leasing Co
PO Box 530023
Atlanta, GA 30353-0023


Sweed Nathan T
1238 Lake Estates Court
Sugar Land, TX 77498


Taylor Darrell Wayne
1345 Belleview Avenue
Cardiff, CA 92007


Technossus LLC

5000 Birch Street, West Tower
Ste 9000
Newport Beach, CA 92660


Thermo Fisher Financial Svcs, Inc.
168 Third Avenue
Waltham, MA 02451


Thermo Fisher Scientific
9389 Waples St
San Diego, CA 92121


Terry Michael J
1491 Cascadia Ln
Encinitas, CA 92024


Torio Janet Nagata
210 Richmond Park Place
Chula Vista, CA 91910


Trevelyan Miles Norman
1327 State St. Apt A
San Diego, CA 93101


Uline
Attn: Accts Receivable
P.O. Box 88741
Chicago, IL 60680-1741


Uppsala Monitoring Centre
Box 1051
751 40
UPPSALA SWEDEN


US Attorney's Office for the District of Delaware
1313 N Market Street
Wilmington, DE 19801

US Bank Equipment Finance
PO BOX 790448
St. Louis, MO 63179


US Bank Equipment Finance
800 Nicollet Mall
Minneapolis, MN 55402


Valente Tracey S
11595 Caminito La Bar #11
San Diego, CA 92126


Van Niekerk Bronwyne
44354 Dorchester Drive
Temecula, CA 92592


Vena Solutions USA Inc
1971 Western Ave #1125
Albany, NY 12203


VFS LLC
5827 Terex
Clarkston, MI 48346


VFS LLC
7025 Albert Pick Road, Suite 105
Greensboro NC 27409


Vorotnikov Aleksandr
1722 Elfin Forest Rd Apt # 330
San Marcos, CA 92078


VWR International, Inc.
PO Box 640169
Pittsburgh, PA 15264-0169

Wallace Jonathan Kyle
4417 Idaho St
San Diego, CA 92116


Walsh Rob
1080 8th Avenue, Unit 1428
San Diego, CA 92101


WCG IRB  Dept 106091
PO Box 150434
Hartford, CT 06115-0434


Washington-Redmon Regenia
16227 Pelican Beach Lane
Houston, TX 77044


Watkins Michelle Denise
6255 Rose Lake Ave
San Diego, CA 92119


WestAir Gases & Equipment
P.O. Box 101420
Pasadena, CA 91189-1420


Wynne Michael Francis
3248 W Belle Plaine Ave
Chicago, IL 60618


XIFIN, Inc.
12225 El Camino Real
San Diego, CA 92130


XiltriX North American, LLC
9255 Towne Centre Dr.
Suite #925
San Diego, CA 92121

XpressGen Solutions,Inc
6728 Aliso Valley Way
San Diego, CA 92130


Washizaki Kristy Brenna
33988 Turtle Creek St.
Temecula, CA 92592


Watanaskul Tim
3816 Mykonos Ln Unit 4
San Diego, CA 92130


Williams Matthew Dolojan
1460 Canoe Creek Way
Chula Vista, CA 91915

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BIOCEPT, INC., | ) | Case No. 23-_____ |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.        Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of

Bankruptcy Procedure, I certify that my firm, Womble Bond Dickinson (US) LLP ("WBD"), is

counsel for the above-named debtor (the "Debtor") and that compensation paid to WBD within

one year before the filing of the petition in bankruptcy, or agreed to be paid to WBD, for services

rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this

bankruptcy case is as follows:

> (a) In connection with the bankruptcy filing, WBD received a $50,000 retainer on September 22, 2023.

2.        The source of the compensation paid to WBD was Biocept, Inc.

3.        WBD has not agreed to share the above-disclosed compensation with any other

person unless they are a partner or associate of WBD.

4.        In return for the above-disclosed fee, WBD has agreed to render legal services

relating to the bankruptcy case, including:

> (a) Analysis of the Debtor's financial situation, and rendering advice to the Debtor concerning filing a petition in bankruptcy;

> (b) Preparing and filing of any petition, schedules and statements of affairs which may be required; and

> (c) Representation of the Debtor at the meeting of creditors, and any adjourned hearings thereof

5.      By agreement with the Debtor, the above-disclosed fee does not include the representation of the Debtor in adversary proceedings and other contested bankruptcy matters; nor does it include any future non-bankruptcy representation.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to WBD for representation for the Debtor in this bankruptcy proceeding.


Dated: October 13, 2023

By: */s/ Matthew P. Ward*
Matthew P. Ward (DE Bar No. 4471)